IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,                    :

    Plaintiff                                   :

    v.                                          :     Civil No. WMN-98-1186

Ernest T. Turner,                              :

    Defendant                                :

...oOo

## SUBSTITUTION OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Thomas F. Corcoran, Assistant United States Attorney as counsel in this case for the United States of America, and withdraw the appearance of Tamera L. Fine.

    Respectfully submitted,

    Thomas M. DiBiagio
    United States Attorney

    _____
    Thomas F. Corcoran
    Assistant United States Attorney
    Bar No. 24894
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, Maryland 21201-2692
    410/209-4800

Case 1:98-cv-01186-WMN   Document 9   Filed 03/21/2003   Page 2 of 2