```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA,          *

    Plaintiff,                    * Court No. WMN-98-1186

    v.                             *

ERNEST T. TURNER,                  *

    Defendant.                    *

                                   ************

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>21st</u> day of March, 2003, that a copy of the foregoing was electronically filed and sent, first class mail, postage prepaid to Ernest T. Turner, 4407 Pall Mall Road, Baltimore, Maryland 21215, defendant.

                                     _____

                                     Thomas F. Corcoran
                                     Assistant U. S. Attorney